UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Leigh Ann McClellan,

Plaintiff,

vs.

Pioneer Plastics, Inc.,

Defendant.

Case No. CO-2583
JMR/FLN

**STIPULATION AND ORDER**

---

WHEREAS, the Summons and Complaint in the above-entitled matter were served on Defendant on November 28, 2000;

WHEREAS, the Court previously signed a Stipulation and Order granting Defendant an extension until January 17, 2001, to Answer or otherwise respond to the Complaint; and

WHEREAS, Defendant requires additional time to investigate the allegations in the Complaint and otherwise prepare its Answer.

**STIPULATION**

The above-named parties, by their undersigned attorneys, hereby stipulate and agree that Defendant shall have until February 16, 2001, to Answer or otherwise respond to the Complaint herein.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Andrew E Tanick

Sheila Engelmeier (175250)
Andrew E. Tanick (178573)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7924 / 340-8907

DATED: January 16, 2001

JAN 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NICHOLS KASTER & ANDERSON

By ______________________
Donald H. Nichols (78918)
Attorneys for Plaintiff
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

DATED: January 22, 2001

**ORDER**

Based on the above Stipulation, the Court hereby grants defendant until February 16, 2001, to Answer or otherwise respond to the Complaint herein.

BY THE COURT

______________________
Franklin L. Noel
Magistrate Judge, United States District Court

DATED: JAN. 25, 2000

625780.1