UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Leigh Ann McClellan,
now Steeber,

Plaintiff,

vs.

**PROPOSED STIPULATION AND ORDER TO AMEND COMPLAINT**

Pioneer Plastics, Inc., and
Express Human Resources, Inc.,
d/b/a PeopleWorks, also known as
PeopleWorks of Arkansas, Inc.,
a Delaware corporation,

Defendant.

Court File No. 00-2583 JMR/FLN

---

WHEREAS, the original Complaint in this matter was served on the Defendant on the 28th day of November, 2000; and

WHEREAS, the Answer of the Defendant was served on the 5th day of February, 2001; and

WHEREAS, Rule 15 of the Federal Rules of Civil Procedure provides that after a responsive pleading has been served, the party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires; and

WHEREAS, the Plaintiff seeks to amend her Complaint to accurately reflect all Defendants against whom Plaintiff's claims are asserted; and

WHEREAS, the Plaintiff, nor Plaintiff's counsel, was aware of the additional party Defendant until the 23rd of February, 2001, when opposing counsel stated at the pre-

FILED MAY 1 2001
[illegible] DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

trial conference that Plaintiff was actually hired by Express Human Resources, Inc., d/b/a PeopleWorks, a/k/a PeopleWorks of Arkansas, Inc., a Delaware corporation; and

WHEREAS, the Notice of Right to Sue for Express Human Resources, d/b/a PeopleWorks, a/k/a PeopleWorks of Arkansas, Inc., was received from the U.S. Equal Employment Opportunity Commission on April 9, 2001; and

WHEREAS, the Defendant and Defendant's counsel are agreeable to amend the Complaint to include Express Human Resources, d/b/a PeopleWorks.

THEREFORE, based upon the above, the above-referenced parties, by and through their counsel of record, hereby enter into the following Stipulation:

1. The Plaintiff desires to file and serve an Amended Complaint in this matter, in the form attached hereto as Exhibit A.

2. The Defendant, consistent with Rule 15(c)3 of the Federal Rules of Civil Procedure, hereby consents to the filing and service of this amended pleading.

Dated: 4/26/2001

FOR THE PLAINTIFF:

Donald H. Nichols #78918
NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated: 4/24/01

FOR THE DEFENDANT:

Christopher E. Celichowski #198493
Teresa M. Thompson #248940
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439

**IT IS SO ORDERED:**

Dated: 5/1/01

**FRANKLIN L. NOEL**
United States Magistrate Judge