UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Leigh Ann McClellan, now Steeber,

Plaintiff,

vs.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pioneer Plastics, Inc., and
Express Human Resources, Inc.,

Defendants.

Court File No: 00-2583 JMR/FLN

---

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

DATED: ______________

NICHOLS KASTER & ANDERSON, PLLP

______________________________
Donald H. Nichols #78918
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919
ATTORNEY FOR PLAINTIFF

DATED: 12/31/01

JOHNSON & CONDON, P.A.

______________________________
Christopher E. Celichowski
Teresa M. Thompson
One Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
ATTORNEYS FOR DEFENDANTS

FILED
RICHARD D. SLETTEN, CLERK
JAN 11
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

**IT IS SO ORDERED.**

BY THE COURT:

DATED: January 10, 2002

Judge of US District Court